**ARQUEST, INC., Plaintiff–Appellee,**

v.

**Rhonda TRACY, Defendant–Appellant.**

No. 03–1268, 03–1311, 03–1130.

United States Court of Appeals,
Federal Circuit.

March 30, 2004.

Brian M. Poissant, Principal Attorney, Jones Day, Leo Merken, Howard I. Shin, Jones Day, of Counsel, New York, NY, for Plaintiff–Appellee.

Edward D. Manzo, Principal Attorney, Alex Cook, Robert J. Slobig, Principal Attorney, Slobig, Torshen, Granger Cook, Jr., Alex Cook, of Counsel, Chicago, IL, Rhonda I. Tracy, of Counsel, Glen Ellyn, IL, for Defendant–Appellant.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**James A. VER HELST, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 04–3018.

United States Court of Appeals,
Federal Circuit.

March 30, 2004.

Michael D. Austin, David M. Cohen, Deborah A. Bynum, Washington, DC, for Respondent.

James A. Ver Helst, Black Hawk, SD, for Petitioner.

*ORDER*

Upon consideration of James A. Ver Helst's motion for reconsideration of this court's order dismissing his appeal for failure to file a brief, his brief now submitted,

IT IS ORDERED THAT:

(1) The motion is granted. The mandate is recalled, the February 10, 2004 order is vacated, and the petition for review is reinstated.

(2) The Department of Veterans Affairs should calculate the due date for its brief from the date of filing of this order.